# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**JAMES ELI HUFF, II**  **PETITIONER**
Reg. #66671-079

v.                 2:06CV00002-WRW-BD

**LINDA SANDERS**  **RESPONDENT**
Warden, FCC,
Forrest City, Arkansas

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Petitioner's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Doc. No. 1) is GRANTED in part and DENIED in part.

IT IS SO ORDERED this 2nd day of December, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE