IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES ELI HUFF, II**                                                              **PETITIONER**
**Reg. #66671-079**

**v.**                                        **2:06CV00002-WRW-BD**

**LINDA SANDERS**                                                                   **RESPONDENT**
**Warden, FCC,**
**Forrest City, Arkansas**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered granting in part and denying in part this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus.

IT IS SO ORDERED this 2nd day of December, 2008.


                                                            /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE